UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | 1:03-CV-06725-LJO-NEW(DLB)-P |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) | |
| L. URENA, | ) | (Doc. 13) |
| | ) | |
|     Defendant. | ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2007, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of January 10, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

    IT IS SO ORDERED.

Dated:   **March 21, 2007**               **/s/ Dennis L. Beck**
b6edp0                                           UNITED STATES MAGISTRATE JUDGE